514

## No. 691

### First Circuit

## WEISHAUPT v. LUIZZA ET AL.

(October 8, 1930.  Opinion and Decree.)

Morgan & Simmons, of Covington, and E. V. Parham and Edw. Rightor, of New Orleans, attorneys for plaintiff, appellant.

Harvey E. Ellis, of Covington, and Gordon Boswell, of New Orleans, attorneys for defendant, appellee.

PER CURIAM.  In this case the judgment rejecting plaintiff's demand is affirmed with cost.